

The following constitutes the order of the Court.
Signed: January 22, 2026

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PLACIDO AGUIRRE URIOSTE,

        Debtor.

) Bankruptcy Case
) No. 26-40098 CN
)
) **Chapter 13**
)
) **ORDER TO SHOW CAUSE WHY CASE**
) **SHOULD NOT BE TRANSFERRED TO**
) **THE PROPER VENUE**
)

    On January 20, 2026, Debtor filed the above-captioned bankruptcy case. On the petition Debtor listed his residence as 5469 California Ave., Long Beach, California. Long Beach is in Los Angeles County. Los Angeles County is geographically located in the Central District of California, Los Angeles Division. *See* https://www.cacb.uscourts.gov/search/node/90605%20type%3Azip_codes.

    Accordingly, this case will be transferred to the Central District without further notice or hearing unless, within seven (7) days of the entry of this order, a party in interest requests a hearing and files a declaration to show cause why this case should not be transferred.

                            ***END OF ORDER***

Case No. 26-40098 CN

<u>COURT SERVICE LIST</u>

Placido Aguirre Urioste
1015 86th Ave.
Oakland, CA 94621

Placido Aguirre Urioste
5649 California Ave.
Long Beach, CA 90805

All other Recipients are ECF Participants