PLACIDO AGUIRRE URIOSTE
1015 86TH.AVE.
OAKLAND,CA 94621

PRO-SE



**FILED**

JAN 29 2026

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | CASE No. 26-40098 |
|---|---|
| Placido Aguirre urioste, | Chapter : 13 |
| Debtor. | **Opposition To Transfer Case** |

To the Honorable Judge **Charles Novack:**

I, Plácido Aguirre Urioste, the debtor, ask the Court not to send my case to Los Angeles.

1. 1015 86th Avenue in Oakland is where I actually stay. It isn't rented, it isn't billed – it's a spare room someone lets me use. That's my life right now.

2. Getting to the Los Angeles courthouse is impossible for me. One round-trip on the Greyhound eats half my week's cash, and I can't miss work again.

3. Nothing's been scheduled, nothing's been decided. The trustee hasn't even opened the file. Moving the case doesn't speed anything up – it only moves me backward.

4. Under 28 U.S.C. § 1408 and Rule 1014, this Court can keep the case if it's fairer for everyone. Fairer is right here: Oakland, where I already am, where I can keep paying instead of chasing buses.

I'm not begging for favors – just facts. Please decide from these papers. No hearing needed.

Sincerely.

Date: 01/29/2026

*/s/ Placido A. Urioste*

Plácido Aguirre Urioste