

The following constitutes the order of the Court.
Signed: January 31, 2026

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re<br><br>PLACIDO AGUIRRE URIOSTE,<br><br>        Debtor. | ) Bankruptcy Case<br>) No. 26-40098 CN<br>)<br>) **Chapter 13**<br>)<br>) **ORDER DISCHARGING ORDER TO**<br>) **SHOW CAUSE WHY CASE SHOULD**<br>) **NOT BE TRANSFERRED TO THE**<br>) **PROPER VENUE** |

    On January 20, 2026, Debtor filed the above-captioned bankruptcy case. On the petition Debtor listed his residence as 5469 California Ave., Long Beach, California, and listed a mailing address at 1015 86th Ave., Oakland, CA. On January 22, 2026, the court issued an Order to Show Cause, ordering Debtor to show cause why the case should not be transferred to the Central District of California.

    On January 29, 2026, Debtor filed Opposition to the Order to Show Cause, explaining that he currently lives in Oakland and requesting that the case not be transferred. The court has reviewed the Opposition and finds good cause to retain the case in this district. Accordingly,

-1-

**IT IS HEREBY ORDERED** that the Order to Show Cause is discharged.  The case shall proceed in the Bankruptcy Court for the Northern District of California.

**\*\*\*END OF ORDER\*\*\***

| | |
|---|---|
| 1 | Case No. 26-40098 CN |
| 2 | <u>COURT SERVICE LIST</u> |
| 3 | |
| 4 | Placido Aguirre Urioste<br>1015 86th Ave. |
| 5 | Oakland, CA 94621 |
| 6 | |
| 7 | All other Recipients are ECF Participants |